

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2014

No. 04-13-00871-CV

Alonzo Foster **BALL** Jr.,
Appellant

v.

LaVaughn **LEWIS**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05112
Honorable Janet P. Littlejohn, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on April 2, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2014.

_____
Keith E. Hottle, Clerk